**STATE of Missouri, Respondent,**

v.

**David G. BONNER, Appellant.**

**No. WD 35458.**

Missouri Court of Appeals,
Western District.

April 2, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.

Lee M. Nation, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and SOMERVILLE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from conviction and sentence of three counts of Stealing over $150.00.

Judgment affirmed. Rule 30.25(b).

**Margie I. SAMPLE, Appellant,**

v.

**Daniel E. BURDEN, Respondent.**

**No. WD 35572.**

Missouri Court of Appeals,
Western District.

April 2, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.
Application to Transfer
Denied Aug. 7, 1985.

Andrew J. Gelbach, Warrensburg, for appellant.

William J. Cason, Michael X. Edgett, Fred R. Bunch and James C. Johns, Clinton, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

### ORDER

PER CURIAM:

This is a civil action seeking recovery of damages allegedly arising from and as a result of the negligent operation of a motor vehicle. The jury returned its verdict denying recovery, and judgment was entered upon that verdict.

Judgment affirmed. Rule 84.16(b).